**No. 54809.**—General Aniline & Film Corporation *v.* United States, protest 160650–K (New York).

Opinion by COLE, J.   When the case was called for hearing there was no appearance by plaintiff.   An examination of the record disclosing no reason for disturbing the decision of the collector, which was presumptively correct, the protest was overruled.

BEFORE THE SECOND DIVISION, NOVEMBER 1, 1950

**No. 54810.**—Geotrade, Inc. *v.* United States, protest 150994–K (B) (New York).

Opinion by FORD, J.   The protest was dismissed.

BEFORE THE THIRD DIVISION, NOVEMBER 1, 1950

**No. 54811.**—The Kalva Corporation *v.* United States, protest 114841–K (Laredo).

Opinion by CLINE, J.   In accordance with stipulation of counsel that the merchandise consists of unsweetened cocoa similar in all material respects to that the subject of *Gallagher & Ascher Co.* v. *United States* (24 Cust. Ct. 1, C. D. 1199), the claims of the plaintiff were sustained.

**No. 54812.**—J. A. Forrest Co. et al. *v.* United States, protests 114846–K, etc. (Minneapolis).

Opinion by CLINE, J.   It was stipulated that the merchandise is the same in all material respects as that passed upon in *Tower & Sons* v. *United States* (14 Cust. Ct. 94, C. D. 919).   In accordance therewith the claim for free entry was sustained.